# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN R. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO:** |
| **vs.** ) | |
| ) | **2:12-cv-02112-JHE** |
| **ANTHONY PURCELL, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR RECUSAL

COMES NOW, Scott Morro, attorney of record for Plaintiff, Steven R. Davis, and respectfully requests that the Honorable John H. England, III recuse himself from further participation in this case. As grounds for this Motion, the undersigned states that Judge England has disclosed that his father, The Honorable John H. England, Jr., is a member of the Board of Trustees of the University of Alabama. The Board of Trustees of the University of Alabama was originally named as a defendant in this case but has since been dismissed on the grounds of sovereign immunity.

**THEREFORE,** upon consideration of the facts, Plaintiff respectfully requests that the Honorable John H. England, III recuse himself from these proceedings.

Respectfully submitted,

/s/  Scott Morro
Scott Morro (ASB-4954-C30M)
Attorney for Plaintiff
Morro Law Center, LLC
P.O. Box 1644
Gardendale, AL  35071
(205) 631-6301 (office)
(205) 631-2692 (fax)
morrolawcenter@bellsouth.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2013, the foregoing was filed with the Clerk of Court using the Court's CM/ECF electronic filing system which will send notification of this filing to Defendant's counsel of record.

                                                s/ Scott Morro
                                                Scott Morro