FILED
2014 Mar-11 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN R. DAVIS, } | |
| Plaintiff, } | |
| v. } | Case No.: 2:12-cv-02112-MHH |
| ANTHONY PURCELL, et al., } | |
| Defendants. } | |

## ORDER

In accordance with the memorandum opinion entered simultaneously with this order, the Court **DISMISSES WITH PREJUDICE** plaintiff Steven Davis's claims against defendant University of Alabama for its Division, University of Alabama Hospital.

The Court **DIRECTS** the Clerk to please mail a copy of this order to Mr. Davis.

**DONE** and **ORDERED** this 11th day of March, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE