UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN R. DAVIS, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:12-cv-02112-MHH |
| } | |
| ANTHONY PURCELL, et al., } | |
| } | |
| Defendants. } | |

## ORDER

In accordance with the memorandum opinion entered simultaneously with this order, the Court **GRANTS** defendants Anthony Purcell, Parnell Guyton, Edward L. Payne, Kareem R. McCann, Larry Bailey, and Allen Poythress's motion summary judgment (Doc. 20).  The Court **DISMISSES WITH PREJUDICE** all claims against these defendants.

The Court also **GRANTS IN PART** and **DENIES IN PART** the defendants' motion to strike (Doc. 23).

The Court **DIRECTS** the Clerk to please close the file and to please mail a copy of this order to Mr. Davis.

**DONE** and **ORDERED** this 13th day of March, 2014.

_____
**MADELINE HUGHES HAIKALA**

                                  UNITED STATES DISTRICT JUDGE